Clayton E. Gill, Respondent, v. The Erie Railroad Company, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

Joseph Oot, Respondent, v. The Village of East Syracuse, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Frances C. Crossman, as Administratrix, etc., Respondent, v. New York Telephone Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Charles E. Irving, Respondent, v. John A. Roberts Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Frank M. Knapp, Respondent, v. United States Transportation Company, Appellant.— Motion for reargument denied, with ten dollars costs.

Minnie Rouse, Plaintiff, v. Lake Shore and Michigan Southern Railway Company, Defendant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Martin Kasprovoski, Respondent, v. United States Gypsum Company, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

Palmareno Palumbo and Another, as Administrators, etc., of Antonio Palumbo, Deceased, Appellants, v. United States Gypsum Company, Respondent.— Motion granted and appeal dismissed, with costs.

Atlas Shoe Company, Appellant, v. Frank B. Wilcox, Respondent.— Motion to dismiss appeal denied, with ten dollars costs.

George W. Watson, as Executor, etc., Respondent, v. Willis N. Britton and Another, Appellants.— Motion granted and appeal dismissed, with costs.